1  CENTER FOR DISABILITY ACCESS
   Chris Carson, Esq., SBN 280048
2  Raymond Ballister Jr., Esq., SBN 111282
3  Dennis Price, Esq., SBN 279082
   8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858) 375-7385; (888) 422-5191 fax
5  amandas@potterhandy.com
6  Attorneys for Plaintiff CHRIS LANGER

7

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA

10 | CHRIS LANGER,                         | Case No.: 2:20-CV-04961-PA-AS
11 |                                       |
   |        Plaintiff,                     | **NOTICE OF SETTLEMENT**
12 |   v.                                  |
13 | SOTO WASHINGTON INVESTMENTS,          |
14 | LLC, a California Limited Liability   |
   | Company; and Does 1- 10,              |
15 |                                       |
16 |        Defendants.                    |

17

18     The plaintiff hereby notifies the court that a global settlement has been reached in
19 the above-captioned case.

20

21                         CENTER FOR DISABILITY ACCESS
22

23 Dated: August 12, 2020     By: /s/Amanda Lockhart Seabock
24                                Amanda Lockhart Seabock
                                  Attorney for Plaintiff
25

26
27
28